FILED
MAR 1 2 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Doe,<br>　　Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. _____ |
| vs. | §<br>§<br>§ | |
| David H. Petraeus,<br>Director of Central Intelligence Agency,<br>　　Defendant. | §<br>§<br>§<br>§ | |
| Serve: David H. Petraeus<br>Director of Central Intelligence Agency<br>Litigation Division<br>Office of General Counsel<br>Central Intelligence Agency<br>Washington, DC 20505 | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case: 1:12-cv-00382<br>Assigned To : Roberts, Richard W.<br>Assign. Date : 3/12/2012<br>Description: Employ. Discrim. |
| Ronald C. Machen, Jr.<br>Office of the United States Attorney<br>Attention: Civil Process Clerk<br>555 4th Street, NW<br>Washington, DC 20530 | §<br>§<br>§<br>§<br>§<br>§ | |
| Eric Holder<br>United States Attorney General<br>c/o Department of Justice<br>950 Pennsylvania Avenue, NW<br>Room B-103<br>Washington, DC 20530-0001 | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendant. | § | A JURY IS DEMANDED |

Plaintiff's Motion to Appear as John Doe

The plaintiff respectfully requests permission to appear in this case as John Doe, for the following reasons. The CIA offered a classified position to the plaintiff, but revoked the offer because of disability – Type 1 diabetes. If his

identity is revealed in a public document, his association with Agency will be public, and would interfere with reinstatement to the position which was offered to him.   The Agency informed the undersigned that the plaintiff could proceed as John Doe, or by using only his first name.  Hence, he is doing so, so as to prevent his association with the Agency from being public..

The plaintiff's counsel has consulted with the CIA and advised them of the plaintiff's intent to proceed in this case as John Doe and the reasons for proceeding in that fashion, and has pre-cleared the Complaint with the Agency, which has confirmed in writing that the Complaint does not contain any classified information.

## Conclusion

Given these circumstances, the plaintiff requests permission to appear as John Doe.  He also asks that the Court defer any requirement that he identify himself and his address until his counsel appears before the Court to discuss the public association of his name with the Agency.  He notes, in that regard, that Ms. Butler and Mr. Griffin sought and received security clearances before they could represent him in this litigation and currently are representing him within the constraints of agreements signed with the Agency.

Respectfully submitted,

John Doe,
By his attorneys,

David Cashdan
D.C. Bar No. 051342
Cashdan & Kane, PLLC
1150 Connecticut Ave. NW, Ste 900
Washington, D.C. 20036-4129
(202) 862-4330
Fax: (202) 862-4331

John W. Griffin, Jr.
Texas Bar No. 08460300
203 North Liberty Street
Victoria, Texas   77901
(361) 573-5500 – Telephone
(361) 573-5040 – Telecopier

Katherine L. Butler
Texas Bar No. 03526300
1007 Heights Boulevard
Houston, Texas   77008
(713) 526-5677
Fax: (713) 526-5691

Counsel for the Plaintiff