FILED
MAR 1 2 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Doe,<br>    Plaintiff, | § § § | CIVIL ACTION NO. _____ |
| vs. | § § | |
| David H. Petraeus,<br>Director of Central Intelligence Agency,<br>    Defendant. | § § § § | |
|     Serve: David H. Petraeus<br>    Director of Central Intelligence Agency<br>    Litigation Division<br>    Office of General Counsel<br>    Central Intelligence Agency<br>    Washington, DC 20505 | § § § § § § § | 12 0382 |
|     Ronald C. Machen, Jr.<br>    Office of the United States Attorney<br>    Attention: Civil Process Clerk<br>    555 4th Street, NW<br>    Washington, DC 20530 | § § § § § | |
|     Eric Holder<br>    United States Attorney General<br>    c/o Department of Justice<br>    950 Pennsylvania Avenue, NW<br>    Room B-103<br>    Washington, DC 20530-0001 | § § § § § § § | |
| Defendant. | § | A JURY IS DEMANDED |

ORDER

After considering Plaintiff, John Doe's Motion to Appear as Joe Doe, the Court is of the view that Plaintiff's motion should be, and is, hereby, GRANTED..

SIGNED on \_\_\_March 12\_\_\_, 2012.

*Colleen Kollar-Kotelly*
United States District Judge